IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLIFF MOREHEAD, et al.,

    Plaintiffs,

v.

LEGAL JURISDICTION SUPPORT
SERVICES, LLC,

    Defendant.                      Case No. 09-cv-364-DRH

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiffs Cliff Morehead and Christine Morehead's Notice of Voluntary Dismissal Without Prejudice (Doc. 16). As Defendant has not yet appeared or answered in this case, Plaintiffs give their Notice pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**. Thus, the Court hereby **ACKNOWLEDGES** that Plaintiffs' claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**, the case file to be closed.

    **IT IS SO ORDERED.**

Signed this 2nd day of November, 2010.

/s/ David R. Herndon
2010.11.02 10:13:49
-05'00'

**Chief Judge**
**United States District Court**